IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>Neemias Pacheco-Santamaria,<br><br>　　Defendant. | Case No.   4:19mc-94008 |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Andrew E. Lelling, U.S. Attorney, and Kristen M. Noto, Assistant U.S. Attorney, hereby moves the Court for an Order, pursuant to 18 U.S.C. § 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until May 22, 2019, and further moves, pursuant to 18 U.S.C. § 3161(b) and (h)(7) and §§ 5(b)(7)(B) & 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts, and with the assent of Defendant that the Court exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. §3161(b)) the period from February 19, 2019 through May 22, 2019.

In support of the motion the government states as follows:

1.     Neemias Pacheco-Santamaria ("Defendant") is charged by criminal complaint with Passport Fraud and Aggravated Identity Fraud.

2.     Defendant was arrested on February 19, 2019 and made his initial appearance before this Court the same day.  *See* 19-mj-4047-DHH.  Defendant waived his right to a

preliminary hearing and was voluntarily detained.

3. The parties are in the process of attempting to resolve this case short of a trial. The parties require additional time, however, before such a determination can be made.

4. The Court previously extended the time in which an indictment or information must be filed until April 22, 2018, however, counsel for the defendant has been unavailable to discuss a resolution due to his involvement in a trial on an unrelated matter.

5. The defendant, though his attorney Scott Lauer, assents to this request.

6. The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and Defendant in a speedy trial. As noted above, Defendant assents to the exclusion of time and will not be prejudiced by it.

WHEREFORE, the United States, with the assent of the Defendant, asks the Court to enter an Order, pursuant to 18 U.S.C. § 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until May 22, 2019, and moves that the period February 19, 2019 through May 22, 2019, be excluded from all Speedy Trial Act calculations.

                                                Respectfully submitted,

                                                ANDREW E. LELLING
                                                UNITED STATES ATTORNEY

By:    */s/ Kristen M. Noto*
        Kristen M. Noto
        Assistant U.S. Attorney

Dated: 4/11/2019

---

CERTIFICATE OF SERVICE

    This is to certify that I have served counsel of record for each of the Defendants a copy of the foregoing document by first class mail and email.

                               /s/ *Kristen M. Noto*
                               Kristen M. Noto
                               Assistant U.S. Attorney

Dated: 4/11/2019

    The above motion is GRANTED, and the period February 19, 2019 through May 22, 2019, is hereby excluded from all Speedy Trial Act calculations.   SO ORDERED, this ____ day of _____, 2019.

                               _____
                               HON. TIMOTHY S. HILLMAN
                               UNITED STATES DISTRICT JUDGE